UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MANDEEP SINGH<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, ET AL.,<br><br>Respondents. | No. 1:26-CV-00053 WBS DMC<br><br>ORDER NOT RELATING CASES |
| MANDEEP SINGH,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF CENTRAL VALLEY ANNEX FACILITY,<br><br>Respondents. | No. 1:26-cv-05515 WBS ICD |

| | |
|---|---|
| MANDEEP SINGH,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF CENTRAL VALLEY ANNEX FACILITY,<br><br>Respondents. | No. 1:26-cv-08738 DAD SCR |

----oo0oo----

Examination of the above-entitled actions reveals that the assignment of the newly filed matter to the undersigned judge is not likely to effect a saving of judicial effort nor would it likely be convenient for the parties. Therefore, the Court declines to relate these cases.

IT IS SO ORDERED.

Dated: November 2, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE